UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-CV-01974

SHELENE SMITH, as
Guardian for MATTHEW
JOSEPH SMITH, an
Incapacitated person,

    Plaintiff,

vs.

NEUROINTERNATIONAL
HEALTHCARE, LLC d/b/a
NEURORESTORATIVE
FLORIDA, a limited liability
company, CENTER FOR
COMPREHENSIVE SERVICES,
INC., d/b/a
SEVITA, a corporation,
NATIONAL MENTOR
HOLDINGS, INC, a
corporation, and TAYLOR
MITCHELL, an individual,

    Defendants.

_____/

**JOINT NOTICE OF RESOLUTION**

    **COME NOW** the Plaintiff, SHELENE SMITH, as Guardian for MATTHEW JOSEPH SMITH, an incapacitated person, and Defendant, NEUROINTERNATIONAL HEALTHCARE, LLC d/b/a

NEURORESTORATIVE, FLORIDA, by and through their respective undersigned counsel, and in accordance with Local Rule 3.09, hereby give joint notice that Plaintiff has settled all claims against Defendant, NEUROINTERNATIONAL HEALTHCARE, LLC, d/b/a NEURORESTORATIVE FLORIDA, in this civil action. The parties respectfully request that any entry of dismissal by the Court be subject to and conditioned by the right of either party to move within a stated time to re-open the case for further proceedings, including, but not limited to, the enforcement of the terms of settlement.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served and E-filed to: Nichole M. Koford, Esq. (NKoford@wickersmith.com; GValdez@wickersmith.com; FColilli@wickersmith.com; JValdez@wickersmith.com; NAttila@wickersmith.com) of Wicker Smith O'Hara McCoy & Ford, P.A., 100 S. Ashley Dr., Suite 1800, Tampa, FL 33602 (Counsel for NeuroRestorative Florida); and Rivver Cox, Esq. (nrc@ferrentinobrotz.com; AMA@ferrentinobrotz.com) of Ferrentino + Brotz, 4488 W. Boy Scout Boulevard, Suite 400, Tampa, FL 33607 (Counsel for Taylor Mitchell) on this 8th day of April, 2025.

GOLDLAW, P.A.
*Attorney for Plaintiff*
1641 Worthington Road
Suite 300
West Palm Beach, FL 33409
(561) 697-4440
By: */s/ Timothy D. Kenison*
Timothy D. Kenison
FL Bar No.: 742201
Primary Email:
smithmatthew11220195@goldlaw.filevineapp.com
Secondary Email: TKenison@goldlaw.com
Paralegal's Email: cvasquez@goldlaw.com
Secretary's Email: cbrinkmann@goldlaw.com

Wicker Smith O'Hara McCoy & Ford, P.A.
*Attorney for Defendant, Neurointernational Healthcare, LLC d/b/a Neurorestorative Florida*
100 S. Ashley Dr., Suite 1800
Tampa, FL 33602
Phone: (813) 222-3939
By: /s/ *Nichole M. Koford*
Nichole M. Koford, Esquire
Florida Bar No. 55429
Email: TPAcrtpleadings@wickersmith.com